L. E. Seitz, appellant, v. Edward P. Allison Company, Inc., appellee. Gen. No. 39,122.

Opinion filed January 4, 1937.

Anderson & Clarke, for appellant. Cummings & Wyman, for appellee; Austin L. Wyman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Minnie D. Chevlen, administratrix of the estate of Samuel S. Chevlen, deceased, plaintiff, v. Morris Morrison et al., defendants.

Sam Blum, appellant, v. Provident Mutual Life Insurance Company of Philadelphia, appellee. Gen. No. 39,155.

Opinion filed January 4, 1937. Rehearing denied January 18, 1937.

McKinley & Wagner and Harry L. Yale, for appellant; A. A. McKinley, of counsel. Mayer, Meyer, Austrian & Platt, for appellee; Miles G. Seeley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois ex rel. Charles H. Borden and Irving J. Solomon, appellees, v. Village of Forest Park et al., appellants. Gen. No. 38,875.

Opinion filed January 4, 1937. Rehearing denied January 18, 1937.

William McKinley, for appellants; Paul E. Price, of counsel. David J. Shipman, for appellees. Charles H. Borden, *pro se*.

Mr. Justice O'Connor delivered the opinion of the court.

Alvin Meyer, appellee, v. Chicago Great Western Railroad Company, appellant. Gen. No. 39,007.

Opinion filed January 4, 1937. Rehearing denied January 18, 1937.

Winston, Strawn & Shaw, for appellant; Harold A. Smith and Theodore Tieken, of counsel. Guy C. Guerine, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.